AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| S.D. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 3:18-cv-00688-MEJ |
| HYTTO LTD., D/B/A LOVENSE | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff S.D., individually and on behalf of all others similarly situated.

Date: 02/13/2018

/s/ Lily E. Hough
*Attorney's signature*

Lily E. Hough (SBN 315277)
*Printed name and bar number*

Edelson PC
123 Townsend St., Ste. 100
San Francisco, CA 94107
*Address*

lhough@edelson.com
*E-mail address*

(415) 234-5260
*Telephone number*

(415) 373-9435
*FAX number*