UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D.,<br><br>        Plaintiff,<br><br>  v.<br><br>HYTTO LTD., D/B/A/ LOVENSE,<br><br>        Defendant. | Case No. 4:18-cv-00688-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: Dkt. No. 36 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss, noticed on December 14, 2018 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated. A written ruling shall issue.

Dated: November 28, 2018

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: _____
                                        Jennifer Ottolini, Deputy Clerk to the
                                        Honorable JEFFREY S. WHITE
                                        510-637-3541