Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*

Anna Hsia (SBN 234179)
anna@zwillgen.com
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Tel: (415) 590-2335
Fax: (415) 636-5965

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| S.D., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>HYTTO LTD., D/B/A LOVENSE,<br><br>*Defendant*. | Case No. 4:18-CV-00688-JSW<br><br>**STIPLATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Jeffrey S. White |

Plaintiff S.D. ("Plaintiff") and Defendant Hytto Ltd., d/b/a Lovense ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiff's claims with prejudice. Any claims of putative class members other than the named Plaintiff are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

**S.D.**, individually and on behalf of all others similarly situated,

Dated: October 26, 2021   By: /s/ Lily E. Hough

Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
Lily E. Hough (SBN 315277)
lhough@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

**HYTTO, LTD.** (D/B/A LOVENSE)

Dated: October 26, 2021   By: /s/ Anna Hsia

Anna Hsia (SBN 234179)
anna@zwillgen.com
ZWILLGEN LAW LLP
235 Montgomery Street, Suite 425
San Francisco, CA 94104
Tel: (415) 590-2335
Fax: (415) 636-5965

# FILER'S ATTESTATION

I, Lily E. Hough, am the ECF user whose identification and password are being used to file this Stipulation of Voluntary Dismissal. I hereby attest that all signatories listed on the preceding page concur in this filing.

Dated: October 26, 2021                                By: /s/ Lily E. Hough